IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MIDVALE INDEMNITY COMPANY,            )
                                      )
        Plaintiff,                    )
                                      )      Case No:  4:21-cv-105
v.                                    )
                                      )
AUTOTECH SYSTEMS MIDWEST, LLC,        )
                                      )
and,                                  )
                                      )
NMB HOLDINGS, LLC d/b/a COMPLETE      )
AUTO BODY AND REPAIR,                 )
                                      )
        Defendants.                   )

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Midvale Indemnity Company (hereinafter "Midvale"), by and through undersigned counsel, and for its Motion for Default Judgment, states as follows:

1.  The Court should grant Midvale's Entry of Default.

2.  Midvale filed the initial Complaint for Declaratory Judgment in this matter on January 26, 2021. Dkt. No. 1.

3.  Midvale filed its First Amended Complaint for Declaratory Judgment in this matter on August 16, 2021. Dkt. No. 25.

4.  Under Fed. R. Civ. P. 15(a)(3), Autotech Systems Midwest, LLC (hereinafter "Autotech") was required to file an answer or other responsive pleading on or before August 30, 2021.

5.  Under Fed. R. Civ. P. 15(a)(3), NMB Holdings, LLC d/b/a Complete Auto Body and Repair (hereinafter "NMB") was required to file an answer or other responsive pleading on or before August 30, 2021.

6.    Fed. R. Civ. P. 15(a)(3) states that "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

7.    The time for Autotech and NMB to respond has elapsed.

8.    The docket shows no entry, answer, or responsive pleading entered on behalf of either Defendant named in ¶¶ 4-5 above.

9.    Accordingly, Defendants NMB Holdings, LLC d/b/a Complete Auto Body and Repair and Autotech Systems Midwest, LLC are in default.

10.    Under Fed. R. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

11.    With this Motion for Default Judgment, Midvale has also filed its Motion for Clerk's Entry of Default.

12.    Under Fed. R. 55(b), Midvale must separately move for entry of a default judgment to obtain a final default judgment disposing of the case.

13.    Here, Midvale's Complaint seeks a declaratory judgment that Midvale does not have a duty defend or indemnify Defendant Autotech Systems Midwest, LLC, in an underlying lawsuit filed by Defendant NMB Holdings, LLC d/b/a Complete Auto Body against Autotech Systems Midwest, LLC, in the Circuit Court of St. Charles County, State of Missouri, *NMB Holdings, LLC v Autotech Systems Midwest, LLC,* Cause No. 2011-CC00268, as more fully set out in Midvale's First Amended Complaint [Dkt. No. 25 and attachments thereto] under the terms of Midvale Business Owner's Policy No. BPP1040843 because the policy affords no coverage or possibility of coverage for the loss.

2

14. Under Fed. R. 8(b)(6), because Defendants Autotech Systems Midwest, LLC, and NMB Holdings, LLC d/b/a Complete Auto Body have failed to deny the allegations of the First Amended Complaint, the allegations of the First Amended Complaint are admitted.

15. Midvale does not seek damages in this matter.

16. Therefore, all of the relevant facts in the First Amended Complaint are admitted, and the Court may proceed to enter a default judgment declaring that the policy does not afford coverage for the loss, that Midvale has no duty to defend the underlying lawsuit, and that Midvale has no duty to indemnify Defendant Autotech Systems Midwest, LLC under the policy of insurance.

WHEREFORE, Plaintiff Midvale Indemnity Company prays that this Court grants its Motion for Default Judgment and enters its Judgment in favor of Midvale Indemnity Company and against Autotech Systems Midwest, LLC, and NMB Holdings, LLC d/b/a Complete Auto Body declaring that:

a. The Midvale Indemnity Company policy number BPP1040843 provides no coverage to, and there is no possibility of coverage for, Defendant Autotech Systems Midwest, LLC relative to the lawsuit filed by Defendant NMB Holdings, LLC d/b/a Complete Auto Body and Repair against Autotech Systems Midwest, LLC, in the Circuit Court of St. Charles County, State of Missouri, *NMB Holdings, LLC v Autotech Systems Midwest, LLC,* Cause No. 2011-CC00268;

b. Plaintiff Midvale Indemnity Company has no duty to defend Autotech Systems Midwest, LLC relative to the lawsuit filed by Defendant NMB Holdings, LLC d/b/a Complete Auto Body and Repair against Autotech Systems Midwest, LLC, in the

Circuit Court of St. Charles County, State of Missouri, *NMB Holdings, LLC v Autotech Systems Midwest, LLC,* Cause No. 2011-CC00268;

c.  Plaintiff Midvale Indemnity Company has no duty to indemnify Defendant Autotech Systems Midwest, LLC relative to the lawsuit filed by Defendant NMB Holdings, LLC d/b/a Complete Auto Body and Repair against Autotech Systems Midwest, LLC, in the Circuit Court of St. Charles County, State of Missouri, *NMB Holdings, LLC v Autotech Systems Midwest, LLC,* Cause No. 2011-CC00268; and,

d.  For such other and further relief this Court deems necessary and proper under the circumstances.

RYNEARSON SUESS SCHNURBUSCH
CHAMPION, LLC

/s/ Victor H. Essen, II
Debbie S. Champion,          #38637MO
Victor H. Essen, II          #57629MO
500 North Broadway, Suite 1550
St. Louis, MO 63102
314-421-4430 / FAX: 314-421-4431
dchampion@rssclaw.com
vessen@rssclaw.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent by the Court's electronic filing system on this 18th day of February 2022 to:

Brian Love
FEDERER & FEDERER, P.C.
201 S. Fifth Street
St. Charles, MO 63301
636-949-2424 / FAX: 636-949-9610
brian@federerlaw.com
***Attorney for Defendant Autotech Systems Midwest, LLC***

Andrew M. Lammert
Ryan O. Corrigan
MCCARTHY, LEONARD & KAEMMERER, L.C.
825 Maryville Centre, Suite 300
Town & Country, MO 63017-5946
314-392-5200 / Fax: 314-392-5221
alammert@mlklaw.com
rcorrigan@mlklaw.com
***Attorney for Defendant NMB Holdings,***
***LLC d/b/a Complete Auto Body and Repair***

/s/ Victor H. Essen, II