# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21- CV-105 RLW |
| AUTOTECH SYSTEMS MIDWEST, LLC, | ) ) ) |
| and | ) ) |
| NMB HOLDINGS, LLC d/b/a COMPLETE AUTO BODYAND REPAIR, | ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Stipulation for Dismissal (ECF No. 66),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of April, 2022.